UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. M., | Case No.  25-cv-08236-SK |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING** |
| KRISTI NOEM, et al., | |
| Defendants. | |

The Court HEREBY CONTINUES the hearing on Defendants' motion for summary judgment and on Plaintiff's motion for leave to conduct discovery to June 29, 2026.

**IT IS SO ORDERED**.

Dated: May 7, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California